IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-CR-30165-DWD |
| | ) | |
| CHARLES CURREN, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

Upon motion of the United States, and pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Order of Finding of No Third-Party Interests (Final Order of Forfeiture) of December 7, 2022 (Doc. 63) is hereby amended to correct the serial number of the below property to be forfeited:

**Astra 200 Firecat .25 caliber S/N 873141.**

All other provisions of the Order of Finding of No Third-Party Interests (Final Order of Forfeiture) of December 7, 2022 shall remain in full force and effect.

**DATE: March 20, 2023**

*s/David W. Dugan*
**DAVID W. DUGAN**
**United States District Court Judge**